UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA AGARD and ROSHANNA RICHARDSON,

Plaintiffs,

-against-

JPMORGAN CHASE & CO. & JPMORGAN SECURITIES LLC,

Defendants.

25-CV-10434 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Defendants have filed a motion to compel arbitration as to plaintiff Laura Agard's claims. Dkt. 21. In response, Agard's opposition briefing points to a "Standstill Agreement" that the parties entered into prior to litigation to resolve Agard's claims. Dkt. 32 at 4. But neither party has provided this Standstill agreement to the Court. Agard is hereby ordered to submit that agreement to the Court on or before **Monday, October 26, 2026**.

SO ORDERED.

Dated: October 21, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge