Stowell & Friedman, Ltd.
Attorneys at Law

303 West Madison Street
Suite 2600
Chicago, Illinois 60606
phone: 312.431.0888
fax: 312.431.0228
**www.stowellfriedman.com**

GRANTED IN PART.

The case is stayed for a period of 30 days. The Court will issue its decision on the pending motion to compel arbitration after that period concludes, and the case will continue on an expedited track with one or both plaintiffs afterwards. The parties shall submit a joint letter apprising the Court of the case's status on or before **November 30, 2026**. (The Court is open to granting a longer stay, but it would require information from both sides that a settlement is likely based on the parties' discussions to date.)

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 30, 2026

October 29, 2026

**VIA ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 15A
New York, NY 10007-1312

Re: *Agard et al v. JPMorgan Chase & Co., et al.*, Civil Action No. 25-cv-10434-AS

Dear Judge Subramanian:

We represent Plaintiffs Laura Agard and Roshanna Richardson in the above-captioned matter and write jointly with Defendants JPMorgan Chase & Co. and J.P. Morgan Securities, LLC, pursuant to Section 8.A of this Court's Individual Practices in Civil Cases Local Rule 7.1(d) to respectfully request a stay of the case for each Plaintiff (Roshanna Richardson and Laura Agard) to allow the parties to explore resolution through private mediation.[1]

The parties have agreed to explore resolution of Ms. Richardson's and Ms. Agard's claims through private mediation and are in the process of selecting a mediator and securing mediation dates. The parties believe that devoting their efforts to attempting to resolve this case through mediation will provide the best chance of success. Therefore, the parties respectfully request that all deadlines in this case remain stayed pending the outcome of those private mediations.

The parties respectfully suggest that the Court order a status report filed within 30 days' time. At that time, the parties will apprise the Court as to the status of the mediations.

Thank you for your consideration of this request.

Respectfully submitted,

WINSTON & STRAWN LLP
*/s/ Cardelle B. Spangler*
Cardelle B. Spangler (*pro hac vice*)
Sarah N. Kreger (*pro hac vice*)
300 N. LaSalle St.
Chicago, Illinois 60654
Phone: (312) 558-5600
Email: cspangler@winstontaylor.com
Email: skreger@winstontaylor.com
*Attorney for Defendants*

STOWELL & FRIEDMAN, LTD.
*/s/ Linda D. Friedman*
Linda D. Friedman (*pro hac vice*)
Shona B. Glink
303 W. Madison St., Suite 2600
Chicago, Illinois 60606
Phone: 312-431-0888
Email: lfriedman@sfltd.com
Email: sglink@sfltd.com
*Attorneys for Plaintiffs*

---

[1] This Court entered an order staying discovery with respect to Plaintiff Agard pending the resolution of JPMorgan's motion to compel Plaintiff Agard to arbitration. (Dkt. 29) That motion remains pending.